SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
David A. Gabianelli (State Bar No. 158170)
Julie E. Schwartz (State Bar No. 260624)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mgoodman@ssd.com
Email: dgabianelli@ssd.com
Email: jeschwartz@ssd.com

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC. and
MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-547 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-547 PJH

| | |
|---|---|
| 1 | Plaintiff Michelle Martinez ("Plaintiff") and Defendants Bayer Corporation, Bayer |
| 2 | HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation |
| 3 | (collectively, "Defendants") by and through their respective counsel, enter into the following |
| 4 | Stipulation: |

WHEREAS, Plaintiff's Complaint was filed on February 8, 2010;

WHEREAS, Defendants issued a letter dated February 10, 2010 identifying this matter as a tag-along action in connection with MDL No. 2100 pending in the United States District Court for the Southern District of Illinois;

WHEREAS, responses currently are due from Defendants on March 16, 2010; and

WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to discuss the disposition of this case and attempt to reach agreement on how it will be handled going forward.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, Defendants shall have until March 30, 2010 to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: March 10, 2010

ROBINSON, CALCAGNIE & ROBINSON    SQUIRE, SANDERS & DEMPSEY LLP

By: /s/ Daniel Robinson
    DANIEL ROBINSON

By: /s/ Julie E. Schwartz
    JULIE E. SCHWARTZ

Attorneys for Plaintiff
MICHELLE MARTINEZ

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE
PHARMACEUTICALS INC. and
MCKESSON CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/16/10

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-547 PJH